KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LINDA CORNELISSEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case # 1:13-CV-01751-SMS<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Confidential Letter Brief.

This law firm has not had the number of attorneys working as anticipated when this Complaint was filed.  Additionally, one of the attorneys left on emergency maternity leave earlier than anticipated, therefore Plaintiff's counsel is adding some of that significant caseload onto her own.  As a result, counsel for Plaintiff requires additional time to draft the Confidential

MOTION – Page 1
1:13-CV-01380-SMS

Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
(360) 329-6968

Letter Brief. The Confidential Letter Brief is currently due on April 4, 2014. Plaintiff requests an extension of time to May 23, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated April 4, 2014:     s/ KELSEY M. BROWN           CA #263109
                        Kelsey M. Brown
                        Dellert Baird Law Offices, PLLC
                        Attorney for Plaintiff

Dated April 4, 2014:     s/ KELSEY M. BROWN for Ben Porter
                        BEN PORTER
                        (per email authorization)
                        Special Assistant U.S. Attorney
                        Office of the General Counsel

                        Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Confidential Letter Opening Brief is now due on May 23, 2014. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 4th day of April, 2014.

/s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

MOTION – Page 2
1:13-CV-01380-SMS

Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
(360) 329-6968